**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Joseph Savoie v. The State of Texas*

Appellate case number:   01-17-00748-CR

Trial court case number: 20080

Trial court:             County Court of Lampasas County

Date motion filed:       January 25, 2019

Party filing motion:     Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Evelyn V. Keyes

☐ Acting Individually ☒  Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date:  April 30, 2019